JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASATUR SARGAVAKIAN,<br>Petitioner,<br>v.<br>TODD LYONS, *et al.*,<br>Respondents. | Case No. 5:26-cv-04691-ACCV<br>**ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241** |

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus (Dkt. 1) in this action is granted in part and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's October 11, 2026, Order Granting in Part Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: October 11, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge